UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

In Re: §
§
DAVIS, TAMMY K § Case No. 16-70123-BHL-7
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. Stephen LaPlante, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 63,019.21                                 Assets Exempt: 41,257.64
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,609.96                  Claims Discharged
                                                            Without Payment: 13,528.97

Total Expenses of Administration: 668.04

3) Total gross receipts of $ 2,278.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,278.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 74,752.00 | $ 887.62 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 668.04 | 668.04 | 668.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 300.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,465.00 | 11,604.31 | 12,491.93 | 1,609.96 |
| TOTAL DISBURSEMENTS | $ 82,517.00 | $ 13,159.97 | $ 13,159.97 | $ 2,278.00 |

4) This case was originally filed under chapter 7 on 02/23/2016. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/29/2019    By: /s/R. Stephen LaPlante, Trustee
R. Stephen LaPlante, Trustee
101 N.W. First Street, Suite 116
P.O. Box 3556
Evansville, IN 47734-3556
Phone: (812) 463-6093
Fax: (812) 463-6094
Email: slaplante@keatingandlaplante.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 federal and state income tax r | 1224-000 | 2,278.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,278.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank | | 67,007.00 | NA | NA | 0.00 |
| | Hoosier Accounts | | 0.00 | NA | NA | 0.00 |
| | Old National Bank | | 7,745.00 | NA | NA | 0.00 |
| 000006 | HOOSIER ACCOUNTS SERVI | 4210-000 | NA | 887.62 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 74,752.00** | **$ 887.62** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:R. STEPHEN LAPLANTE, TRUSTEE | 2100-000 | NA | 569.50 | 569.50 | 569.50 |
| TRUSTEE EXPENSES:R. STEPHEN LAPLANTE, TRUSTEE | 2200-000 | NA | 68.54 | 68.54 | 68.54 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 668.04 | $ 668.04 | $ 668.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service c/o Central Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | 300.00 | NA | NA | 0.00 |
| | Jason Davis 4819 Chestnut Grove Rd. Tell City, IN 47586 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 300.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Associates/CAI Attn:Bankruptcy Dept Po Box 349 Greensburg, IN 47240 | | 139.00 | NA | NA | 0.00 |
| | Collection Associates/CAI Attn:Bankruptcy Dept Po Box 349 Greensburg, IN 47240 | | 620.00 | NA | NA | 0.00 |
| | Credit Soltn Po Box 24710 Lexington, KY 40524 | | 78.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Soltn Po Box 24710 Lexington, KY 40524 | | 35.00 | NA | NA | 0.00 |
| | Credit Soltn Po Box 24710 Lexington, KY 40524 | | 300.00 | NA | NA | 0.00 |
| | Credit Soltn Po Box 24710 Lexington, KY 40524 | | 162.00 | NA | NA | 0.00 |
| | Credit Soltn Po Box 24710 Lexington, KY 40524 | | 216.00 | NA | NA | 0.00 |
| | GLA Collection Company Po Box 7728 Dept #2 Lousiville, KY 40257 | | 35.00 | NA | NA | 0.00 |
| | Hoosier Accounts Servi Po Box 4007 Evansville, IN 47724 | | 2.00 | NA | NA | 0.00 |
| | Jason D Davis 4819 Chestnut Grove Rd. Tell City, IN 47586 | | 0.00 | NA | NA | 0.00 |
| | Jason Davis 4819 Chestnut Grove Rd. Tell City, IN 47586 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mpcs 5055 Newburgh Plaza Sout Newburgh, IN 47630 | | 97.00 | NA | NA | 0.00 |
| | Synchrony Bank/Gap Attn: Bankrupty Po Box 103104 Roswell, GA 30076 | | 663.00 | NA | NA | 0.00 |
| 000005 | CAPITAL ONE NA | 7100-000 | 1,210.00 | 1,210.83 | 1,210.83 | 156.05 |
| 000006 | HOOSIER ACCOUNTS SERVI | 7100-000 | 368.00 | 0.00 | 887.62 | 114.40 |
| 000002 | MEDICAL & PROFESSIONAL COLLECTION S | 7100-000 | 27.00 | 133.59 | 133.59 | 17.22 |
| 000003 | MEDICAL & PROFESSIONAL COLLECTION S | 7100-000 | 16.00 | 17.47 | 17.47 | 2.25 |
| 000004 | MEDICAL & PROFESSIONAL COLLECTION S | 7100-000 | 2,148.00 | 2,325.44 | 2,325.44 | 299.70 |
| 000001 | OLD NATIONAL BANK | 7100-000 | NA | 6,582.69 | 6,582.69 | 848.38 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 749.00 | 734.29 | 734.29 | 94.64 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 600.00 | 600.00 | 600.00 | 77.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 7,465.00 | $ 11,604.31 | $ 12,491.93 | $ 1,609.96 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-70123-BHL-7 | Judge: Basil H. Lorch |
|---|---|---|
| Case Name: | DAVIS, TAMMY K | |
| For Period Ending: | 01/29/19 | |

| Trustee Name: | R. Stephen LaPlante, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 02/23/16 (f) |
| 341(a) Meeting Date: | 04/13/16 |
| Claims Bar Date: | 08/18/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 3 bedroom 1 bath frame home l | 62,700.00 | 0.00 | OA | 0.00 | FA |
| 2. 1995 Ford Mustang (Location: 11510 Shelby Rd, Troy | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 3. Used furniture Location: 11510 Shelby Rd, Troy IN | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4. Television, Cell phone (contract in Exhusbands nam | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. Used clothing Location: 11510 Shelby Rd, Troy IN 4 | 250.00 | 0.00 | OA | 0.00 | FA |
| 6. German American Bank Tell City, Indiana | 6.52 | 0.00 | OA | 0.00 | FA |
| 7. 401K retirement through Employer | 37,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Unpaid wages | 1,276.85 | 319.21 | OA | 0.00 | FA |
| 9. Life Insurance through Employer, Beneficiary: Chil | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. 2015 federal and state income tax r (u) | 0.00 | 2,278.10 | | 2,278.00 | FA |

TOTALS (Excluding Unknown Values)  $103,933.37    $2,597.31    $2,278.00

Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 07, 2019, 11:18 am DRAFT OF TDR PREPARED, REVIEWED AND READY TO SUBMIT TO UST

September 11, 2018, 02:02 pm Omnibus Objection to Claims filed
August 22, 2018, 08:01 am Received $300.00 payment and withdrew Notice of Default
August 06, 2018, 11:01 am Filed Notice of Default due to debtor's failure to complete repayment with 2017 tax refund that was previously assigned to bankruptcy estate
July 09, 2018, 01:15 pm Received $500.00 payment from debtor.  Letter to counsel with statement regarding assignment of 2017 tax refund to bankruptcy estate.  Calendared for follow up on 8/6/18.
June 05, 2018, 01:09 pm Received payments from debtor on 6/4/18; received 2017 tax return from counsel this date
May 25, 2018, 10:23 am Received correspondence from debtor requesting statement; no check enclosed.  Mailed letter to debtor notifying that if payment isn't received by 7/2/18 a default will be filed
April 13, 2018, 08:06 am Received payment from debtor with note that she was having her taxes prepared on 4/12/18
February 02, 2018, 03:58 pm Letter to counsel regarding status of 2017 return and refund
January 10, 2018, 10:14 am Received $200.00 check from debtor; Notice of Default withdrawn.
December 27, 2017, 11:10 am Notice of Default filed 12/26/17
August 02, 2017, 03:18 pm Received email from debtor - started a new job and her payment will be late, will pay by August 10
July 25, 2017, 07:50 am Order on Motion to Compromimse and Settle entered 7/24/17 and served this date
June 27, 2017, 08:52 am Received signed stipulation from debtor; motion to compromise filed.
June 21, 2017, 03:35 pm Debtor faxed signed stipulation; emailed her and advised hard copy would have to be mailed
June 01, 2017, 08:25 am Forwarded agreed stipulation to counsel regarding repayment of 2015 tax

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-70123-BHL-7    Judge: Basil H. Lorch | Trustee Name:   R. Stephen LaPlante, Trustee |
| Case Name: | DAVIS, TAMMY K | Date Filed (f) or Converted (c):   02/23/16 (f) |
| | | 341(a) Meeting Date:   04/13/16 |
| | | Claims Bar Date:   08/18/16 |

refund
April 07, 2017, 01:16 pm Wrote counsel regarding repayment of 2015 tax refund

February 26, 2016, 09:35 am Tax notice mailed
June 10, 2016, 09:09 am Turnover order entered 6/19/16 regarding 2015 tax returns and refunds
June 20, 2016, 03:01 pm Received 2015 tax return from counsel
July 06, 2016, 11:14 am Mailed DSO discharge notice

Initial Projected Date of Final Report (TFR): 06/30/17        Current Projected Date of Final Report (TFR): 06/30/19

/s/    R. Stephen LaPlante, Trustee
_____ Date: 01/29/19
       R. STEPHEN LAPLANTE, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 16-70123-BHL-7 | Trustee Name: | R. Stephen LaPlante, Trustee |
|---|---|---|---|
| Case Name: | DAVIS, TAMMY K | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******0999 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3809 |  |  |
| For Period Ending: | 01/29/19 | Blanket Bond (per case limit): | $ 42,291,316.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/05/17 | 10 | TAMMY K DAVIS<br>819 SCHILLER ST.<br>TELL CITY, IN 47586 | TAX REFUND | 1224-000 | 100.00 | | 100.00 |
| 08/17/17 | 10 | TAMMY K DAVIS<br>819 SCHILLER ST.<br>TELL CITY, IN 47586 | TAX REFUND | 1224-000 | 100.00 | | 200.00 |
| 10/09/17 | 10 | TAMMY K DAVIS<br>1134 6TH ST.<br>TELL CITY, IN 47586 | TAX REFUND | 1224-000 | 100.00 | | 300.00 |
| 11/14/17 | 10 | TAMMY K DAVIS<br>1134 6TH ST.<br>TELL CITY, IN 47586 | TAX REFUND | 1224-000 | 100.00 | | 400.00 |
| 01/10/18 | 10 | TAMMY K DAVIS<br>1134 6TH ST.<br>TELL CITY, IN 47586-2304 | TAX REFUND | 1224-000 | 200.00 | | 600.00 |
| 01/26/18 | 10 | TAMMY K DAVIS<br>1134 6TH ST<br>TELL CITY, IN 47586-2304 | TAX REFUND | 1224-000 | 200.00 | | 800.00 |
| 03/08/18 | 10 | TAMMY K DAVIS<br>403 BLUEWATER DR.<br>PARKER, AZ 85344 | TAX REFUND | 1224-000 | 100.00 | | 900.00 |
| 04/13/18 | 10 | TAMMY K DAVIS<br>1124 6TH ST403 BLUEWATER DR.<br>TELL CITY, IN 47586-2304 | TAX REFUND | 1224-000 | 100.00 | | 1,000.00 |
| 06/04/18 | 10 | TAMMY K DAVIS<br>403 BLUEWATER DR.<br>PARKER, AZ 85344 | TAX REFUND | 1224-000 | 100.00 | | 1,100.00 |
| 06/04/18 | 10 | TAMMY K DAVIS<br>403 BLUEWATER DR.<br>PARKER, AZ 85344 | TAX REFUND | 1224-000 | 100.00 | | 1,200.00 |
| 06/07/18 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,190.00 |
| 07/09/18 | 10 | TAMMY K DAVIS<br>1134 6th St.<br>Tell City, IN 47586-2304 | TAX REFUND | 1224-000 | 500.00 | | 1,690.00 |
| 07/09/18 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,680.00 |
| 08/07/18 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,670.00 |
| 08/22/18 | 10 | TAMMY K DAVIS<br>1134 6th ST<br>TELL CITY, IN 47586-2304 | TAX REFUND | 1224-000 | 300.00 | | 1,970.00 |
| 08/30/18 | 10 | TAMMY K DAVIS<br>1134 6TH ST<br>TELL CITY, IN 47586-2304 | TAX REFUND | 1224-000 | 278.00 | | 2,248.00 |
| 12/21/18 | 010001 | R. Stephen LaPlante, Trustee<br>101 N.W. First Street, Suite 116<br>P.O. Box 3556<br>Evansville, IN 47734-3556 | Chapter 7 Compensation/Fees | 2100-000 | | 569.50 | 1,678.50 |
| 12/21/18 | 010002 | R. Stephen LaPlante, Trustee | Chapter 7 Expenses | 2200-000 | | 68.54 | 1,609.96 |

PFORM24 UST Form 101-7-TDR (10/1/2010) *(Page: 12)*    Ver: 21.00a

**FORM 2**

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-70123-BHL-7 | Trustee Name: | R. Stephen LaPlante, Trustee |
|---|---|---|---|
| Case Name: | DAVIS, TAMMY K | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******0999 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3809 | | |
| For Period Ending: | 01/29/19 | Blanket Bond (per case limit): | $ 42,291,316.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/21/18 | 010003 | 101 N.W. First Street, Suite 116<br>P.O. Box 3556<br>Evansville, IN 47734-3556<br>Old National Bank<br>PO Box 3475<br>Evansville, IN 47733 | Claim 000001, Payment 12.88804% | 7100-000 | | 848.38 | 761.58 |
| 12/21/18 | 010004 | Medical & Professional Collection Services, Inc.<br>PO Box 1116<br>Newburgh, IN 47629-1116 | Claim 000002, Payment 12.89019% | 7100-000 | | 17.22 | 744.36 |
| 12/21/18 | 010005 | Medical & Professional Collection Services, Inc.<br>PO Box 1116<br>Newburgh, IN 47629-1116 | Claim 000003, Payment 12.87922% | 7100-000 | | 2.25 | 742.11 |
| 12/21/18 | 010006 | Medical & Professional Collection Services, Inc.<br>PO Box 1116<br>Newburgh, IN 47629-1116 | Claim 000004, Payment 12.88788% | 7100-000 | | 299.70 | 442.41 |
| 12/21/18 | 010007 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 12.88785% | 7100-000 | | 156.05 | 286.36 |
| 12/21/18 | 010008 | Hoosier Accounts Servi<br>Po Box 4007<br>Evansville, IN 47724 | Claim 000006, Payment 12.88840% | 7100-000 | | 114.40 | 171.96 |
| 12/21/18 | 010009 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Claim 000007, Payment 12.88864% | 7100-000 | | 94.64 | 77.32 |
| 12/21/18 | 010010 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Claim 000008, Payment 12.88667% | 7100-000 | | 77.32 | 0.00 |

**Total Of All Accounts**     0.00